BRYAN
v.
SEELY.

---

## BRYAN *against* SEELY.

THE COURT said, that the *electors* of the *grand assize*, on Fees of electors
a writ of right, were entitled to the same fees for attending the of grand assize,
court, &c., as the sheriff, which, in *November* term, 1803, were
fixed at 3 dollars *per diem*, for going to, and returning from, the
supreme court.